No. 902.

D. C. MORGAN vs. J. A. LIDDELL, SHFF., ET AL.

A writ of *fieri facias*, sent into another parish for execution, may be injoined in the court of the parish where it is sent for execution.

An individual creditor of one of the members of a commercial partnership cannot levy on that partner's interest in any particular asset of the firm, and *a fortiori* the partnership property cannot he sold to pay the individual debt of one of its members.

If, on the trial below, a part only of the record of another suit was offered in evidence, the appellate court will consider only such part as was offered.

APPEAL from the District Court for Richland. PARSONS, J.

*Morgan in pp.* *Wells & Williams* for Defendants Appellants.

WHITE, J., rendered the opinion affirming the judgment.